*Zimmerman Weiser & Paray LLP*
226 St. Paul Street
Westfield, New Jersey 07090
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TI INVESTMENT SERVICES, LLC and WORLD PHONE INTERNET SERVICES PVT. LTD., | : : : | DOCKET NO: 13-CV-04823-FLW-TJB. |
| Plaintiffs, | : : : | Civil Action |
| vs. | : : | |
| MICROSOFT CORPORATION | : : | |
| Defendant. | : : : : | |

NOTICE OF APPEAL

    Notice is hereby given that World Phone Internet Services Pvt. Ltd., plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from an order dismissing the Complaint entered in this action on May 30, 2014 by the Honorable Freda L. Wolfson.

                      Zimmerman Weiser & Paray LLP

                      By: /s/ Paul E. Paray
                           Paul E. Paray

                      226 St. Paul Street
                      Westfield, New Jersey 07090
                      Tel: (908) 654-8000
                      Email:  pep@zwpllp.com

                      *Attorneys for Plaintiff*
                      World Phone Internet Services Pvt. Ltd.

DATED:   June 29, 2014

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 29, 2014, he caused a true and correct copy of the foregoing Notice of Appeal to be served via ECF and email upon the following counsel for Defendant Microsoft Corporation:

    DECHERT LLP
    902 Carnegie Center, Suite 500
    Princeton, NJ  08540
    Tel:  609-955-3200
    Fax:  609-955-3259

    /s/ Paul E. Paray
       Paul E. Paray